**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Amerigo Metal Recycling, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 27-4588543 | |
| 4. **Debtor's address** | **Principal place of business** 1340 Forest Pkwy Number    Street  Morrow    GA    30264 City    State    ZIP Code  Clayton County County | **Mailing address, if different from principal place of business** Number    Street  P.O. Box City    State    ZIP Code  **Location of principal assets, if different from principal place of business** Number    Street City    State    ZIP Code |
| 5. **Debtor's website** (URL) | www.amerigometal.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor   __Amerigo Metal Recycling, LLC_____    Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>__423930__ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                        MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                        MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor __Camtren Holdings, LLC__  Relationship __Affiliate__<br>       District __Northern District of Georgia__  When __07/01/2025__<br>                                                           MM / DD / YYYY<br>       Case number, if known __25-57423__ |

Debtor __Amerigo Metal Recycling, LLC_____   Case number (*if known*)_____
           Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>  Number    Street<br>_____<br>_____<br>  City                                          State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>  Contact name _____<br>  Phone _____ |

---

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000<br>☑ 100-199      ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor __Amerigo Metal Recycling, LLC__          Case number (if known)_____
       Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/01/2025__
              MM  / DD / YYYY

✖ __/s/ Jeffrey H Cammllarie__          __Jeffrey H Cammllarie__
Signature of authorized representative of debtor    Printed name

Title __Manager__

**18. Signature of attorney**

✖ __/s/ William Rountree__          Date __07/01/2025__
Signature of attorney for debtor              MM  / DD / YYYY

__William Rountree__
Printed name

__Rountree, Leitman, Klein & Geer, LLC__
Firm name

__2987 Clairmont Road Suite 350__
Number     Street

__Atlanta__                    __GA__     __30329__
City                          State    ZIP Code

__404-584-1238__               __wrountree@rlkglaw.com__
Contact phone                  Email address

__616503__                     __GA__
Bar number                     State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

Fill in this information to identify the case:

Debtor name: Amerigo Metal Recycling, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | All South Trading, LLC<br>Attn: G. Ashely Haydock<br>730 Princeton Mill Run<br>Marietta, GA, 30068 | | Suppliers or Vendors | | | | 405,953.00 |
| 2 | Cadence Bank fka State Bank and Trust Company<br>c/o Erik Badia | Bradley<br>1230 Peachtree Street NE Ste. 2100<br>Atlanta, GA, 30309 | | Guaranty | | | | 341,289.35 |
| 3 | Industrial Service Solutions<br>610 North Milby Street<br>Houston, TX, 77003 | 713-225-4300 | Supplier or Vendor | | | | 192,789.10 |
| 4 | SIMT USA<br>325 Fulton Industrial Circle<br>Ste A<br>Atlanta, GA, 30336 | | Suppliers or Vendors | | | | 151,354.00 |
| 5 | Metro Group Inc.<br>3150 West 900 South<br>Salt Lake City, UT, 84104 | | Suppliers or Vendors | | | | 122,000.00 |
| 6 | ZB Group<br>3201 Centre Pkwy, Suite 100<br>East Point, GA, 30344 | 404-583-0409 | Supplier or Vendor | | | | 106,298.53 |
| 7 | BCFO For Hire<br>540 Wembley Circle, Suite A<br>Atlanta, GA, 30328 | 770-847-6443 | Supplier or Vendor | | | | 74,380.59 |
| 8 | Georgia Power<br>241 Ralph McGill Blvd<br>Atlanta, GA, 30308 | | Supplier or Vendor | | | | 64,411.05 |

Debtor __Amerigo Metal Recycling, LLC_____     Case number (*if known*)_____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hamrtec Industries Hongkong Co Limited<br>Unit 225-22, 2/F Mega Cube, 8 Wang Kwong Kowloon<br>Hong Kong<br>Hong Kong | | Supplier or Vendor | | | | 62,870.96 |
| 10 | Fire Rover, LLC<br>6960 Orchard Lake Road Suite 303<br>West Bloomfield, MI, 48322 | | Supplier or Vendor | | | | 61,018.87 |
| 11 | EquipmentShare<br>PO Box 650429<br>Dallas, TX, 75265-0429 | 678-971-2022 | Supplier or Vendor | | | | 48,701.60 |
| 12 | Superior Rigging & Erecting Co<br>3250 Woodstock Rd SE<br>Atlanta, GA, 30316 | 404-627-1335 | Supplier or Vendor | | | | 46,236.75 |
| 13 | National Equpiment Dealers, LLC<br>PO Box 736976<br>Dallas, TX, 75373-6976 | 912-756-7854 | Supplier or Vendor | | | | 37,464.90 |
| 14 | Corporate Tax Advisors<br>7501 Memorial Pkwy SW, Ste 204<br>Huntsville, AK, 35802 | | Supplier or Vendor | | | | 28,420.50 |
| 15 | A Crane Rental, LLC<br>Lockbox 8000 Dept 804<br>Buffalo, NY, 14267-0002 | Brian Maddox | Supplier or Vendor | | | | 27,699.00 |
| 16 | IPFS Corporation<br>PO BOX 730223<br>Dallas, TX, 75373-0223 | 800-584-9969 | Supplier or Vendor | | | | 27,605.99 |
| 17 | Hydraulic Supply Company<br>PO Box 746619<br>Atlanta, GA, 30374-6619 | 404-608-0995 | Supplier or Vendor | | | | 25,138.33 |
| 18 | Pugh Lubricants, LLC<br>P.O. BOX 601872<br>Charlotte, NC, 28260-1872 | Matt Lucas<br>404-934-6337 | Supplier or Vendor | | | | 22,532.04 |
| 19 | Momar<br>PO Box 19569<br>Atlanta, GA, 30325-0569 | 404-310-7672 | Supplier or Vendor | | | | 21,159.19 |
| 20 | Innovative Electrical Solutions LLC<br>5511Parkcrest Drive<br>Ste. 103<br>Austin, TX, 78731 | | Suppliers or Vendors | | | | 20,860.19 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __Amerigo Metal Recycling, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/01/2025__
MM / DD / YYYY

✗ __/s/ Jeffrey H Cammllarie__
Signature of individual signing on behalf of debtor

__Jeffrey H Cammllarie__
Printed name

__Manager__
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

365 Solutions
2480 Windy Hill Rd SE Suite #300
Marietta, GA 30067

A Crane Rental, LLC
Lockbox 8000 Dept 804
Buffalo, NY 14267-0002

AA Abner Supply Inc
2600 Pleasantdale Road Suite #9
Doraville, GA 30340

Action Tire Co.
410 Lee's Mill Rd
Forest Park, GA 30297

AES Inc.
101 Technology Lane
Mount Airy, NC 27030

Aggregates Equipment
9 Horseshoe Road P.O. Box 39
Eola, PA 17540-0039

Air Products and Chemicals, Inc.
Mail Code 5701
PO Box 71200
Charlotte, NC 28272

All South Trading, LLC
Attn: G. Ashely Haydock
730 Princeton Mill Run
Marietta, GA 30068

American Hose
PO BOX 191
Jonesboro, GA 30237

Anderson's & Co.
3365 Piedmont Rd NE Suite 1400
Atlanta, GA 30305

Anvil Attachments
P. O. BOX 216
SLAUGHTER, LA 70777

Atl General Machine Works
1430 Central Ave
East Point, GA 30344

Atlanta Scales Inc.
2100 Meredith Park Drive Suite 2100
McDonough, GA 30253

Atlas Belting, LLC
2015 Stonebridge Circle
West Bend, WI 53095-5723

B&D Industrial
PO Box 16922
Atlanta, GA 30321

BCFO For Hire
540 Wembley Circle, Suite A
Atlanta, GA 30328

Bearings & Power Group LLC
5060 North Royal Atlanta Dr Suite 16
Tucker, GA 30084

Belt Power LLC
PO Box 306103
Nashville, TN 37230

BizFund, LLC
315 Avenue U
Brooklyn, NY 11223

Bosch Rexroth Corporation
3940 Gantz Road
Grove City, OH 43123

Buddy Lee Cooper
1320 King Mill
Mcdonough, GA 30252

Cadence Bank fka State Bank and Trust Company
c/o Erik Badia | Bradley
1230 Peachtree Street NE Ste. 2100
Atlanta, GA 30309

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

Carr, Riggs & Ingram, LLC
4004 Summit Boulevard NE Suite 800
Atlanta, GA 30319

City Electric Supply Company
4820 Clark Howell Highway
College Park, GA 30349

City of Lake City
5455 Jonesboro Road
Lake City, GA 30260

City of Stockbridge School Zone
PO Box 4013
Atlanta, GA 30302-4013

Clayton County Fire & Emergency Services
c/o Fire Recovery USA, LLC PO Box 935667
Atlanta, GA 31193-5667

Clayton County Water Authority
1600 Battle Creek Road
Morrow, GA 30260

Clayton Cty Tax Comm
121 S McDonough St
Jonesboro, GA 30236

Coast to Coast Computer Products
4277 Valley Fair Street
Simi Valley, CA 93063

Cobb Wire Rope and Sling Co.
P.O. Box 781712
Philadelphia, AL 19178-1712

Colliflower Inc - College Park
PO Box 826398
Philadelphia, PA 19182-6398

Comcast
PO BOX 37601
Philadephia, PA 19101-0601

Commercial Credit Group Inc.
525 N. Tryon Street
Charlotte, NC 28202-0202

Commercial Credit Group, Inc.
227 West Trade Street, Ste. 1450
Charlotte, NC 28202

Concentra
PO BOX 82730
Hapeville, GA 30354-0730

Corporate Tax Advisors
7501 Memorial Pkwy SW, Ste 204
Huntsville, AK 35802

Corporation Service Company, as representative
1911 271
801 Adlai Stevenson Drive
Apopka, FL 32703

Courier Now, Inc
3801 Tramore Point Parkway Ste 120
Austell, GA 30106

CT Corporation System, as representative
330 N. Brand Blvd., Ste. 700
Attn: SPRS 99800247
Glendale, CA 91203

CT Corporation, as representative
330 N. Brand Blvd., Ste. 700
Attn: SPRS 103626981
Glendale, CA 91203

CT Corporation, as Representative
330 N. Brand Blvd, Suite 700
Attn: SPRS 1027522262
Glendale, CA 91203

David Buckner
1060 Tamarack Trail
Forest Park, GA 30297

Dilmar Oil Company
Johnny Delrio 273 Industrial Park Dr
Lawrenceville, GA 30046

Diversified Fire & Safety
155 Westridge Parkway, Suite 309
McDonough, GA 30253

Dozier Crane & Rigging
P.O. Box 1326
Pooler, GA 31322

DXP Pumping Systems, Inc
PO Box 840511
Dallas, TX 75284-0511

E.F. Orton, Inc.
812 Garmon Park Court
Loganville, GA 30052

EquipmentShare
PO Box 650429
Dallas, TX 75265-0429

Fastenal
PO BOX 1286
Winona, MN 55987

Fire Rover, LLC
6960 Orchard Lake Road Suite 303
West Bloomfield, MI 48322

First Horizon Bank Corp.
3625 Cumberland Blvd
Bldg. 2
Atlanta, GA 30339

Fleet Pride, Inc
PO Box 281811
Atlanta, GA 30384-1811

FS Scarbrough
Donna Adams
500 W. Lanier Ave Ste 911
Fayetteville, GA 30214

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Georgia Natural Gas
P.O Box 71245
Charlotte, NC 28272

Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308

Hamrtec Industries Hongkong Co Limited
Unit 225-22, 2/F Mega Cube, 8 Wang Kwong Kowloon
Hong Kong
Hong Kong,

Heaton Erecting, Inc
PO BOX 1005
Forest Park, GA 30298

Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway Suite 1800
Atlanta, GA 30339

Hydradyne, LLC
P.O Box 974799
Dallas, TX 75397-4799

Hydraulic Supply Company
PO Box 746619
Atlanta, GA 30374-6619

ICW Group
PO BOX 31001-3421
Pasadena, SC 91110-3421

IEC
PO BOX 40066
Nashville, TN 37204

Industrial Service Solutions
610 North Milby Street
Houston, TX 77003

Innovative Electrical Solutions LLC
5511Parkcrest Drive
Ste. 103
Austin, TX 78731

IntegriCom, Inc.
1148 Satellite Blvd NW, Suite 201
Suwanee, GA 30024-4669

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

IOU Central
600 Town Park
Ste. 100
Kennesaw, GA 30144

IPFS Corporation
PO BOX 730223
Dallas, TX 75373-0223

ISRI
Attn: Membership PO Box 715245
Philadelphia, AL 19171-5245

Jeff Cammllarie
509 St. Charles Avenue NE
Atlanta, GA 30338

Jeffrey H. Cammllarie
509 St. Charles Ave NE

Joe Carrico
245 Canton Dr
Alpharetta, GA 30005

Landrover Financial Group
PO Box 650351
Dallas, TX 75265

Luck Stone Corporation
PO Box 22696
New York, NY 10087-2696

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

Metro Group Inc.
3150 West 900 South
Salt Lake City, UT 84104

Momar
PO Box 19569
Atlanta, GA 30325-0569

Murphy Mechanical Services,
P.O. Box 1336
Winder, GA 30680

National Equpiment Dealers, LLC
PO Box 736976
Dallas, TX 75373-6976

Neely Trucking, LLC
3082 Ellenwood Rd
Ellenwood, GA 30294

North Mill Credit Trust
81 Throckmorton Avenue
Ste. 203
Mill Valley, CA 94941

Nuway Battery Service
5480 Jonesboro Rd
Lake City, GA 30260

O2 Plus Inc
4262 Old Dixie Road
Hapeville, GA 30354

Parker Brothers, Inc.
4450 W Panola Road
Ellenwood, GA 30294

Petroleum Service Company
375 Stewart Road
Hanover, PA 18706

Piedmont Healtcare
PO Box 100062
Atlanta, GA 30348-0062

ProContractor Supply
PO Box 87
Oakwood, GA 30566

Protrade Steel Company, Ltd.
c/o Michael C. Kaplan
5901 Peachtree Dunwoody Road Ste 415B
Atlanta, GA 30328

Pugh Lubricants, LLC
P.O. BOX 601872
Charlotte, NC 28260-1872

Rapid Finance
4600 East West Hwy
6th Floor
Bethesda, MD 20814

RDK Enterprises LLC
1428 Bloomfield Drive
Charlotte, NC 28277

Red Wing Shoes
PO BOX 844329
Dallas, TX 75284-4329

Setco Solid Tire & Rim Ass
PO Box 1291
Lowell, AR 72745

SIMT USA
325 Fulton Industrial Circle
Ste A
Atlanta, GA 30336

Small Business Solutions
4500 East West Highway 5th Floor
Bethesda, MD 20814

Southern Auto Electric
3975 Moreland Avenue
Conley, GA 30288

Specialty Hydrualics
1695 Forest Parkway
Lake City, GA 30260

Staples Business Credit
PO Box 105748
Atlanta, GA 30348-5748

Sterling Seacrest Pritchard, Inc
PO Box 723837
Atlanta, GA 31139

Superior Plus Energy Services Inc.
PO BOX 981045
Boston, AL 02298-1045

Superior Rigging & Erecting Co
3250 Woodstock Rd SE
Atlanta, GA 30316

Supplies Unlimited
1457 Stockbridge Rd
Jonesboro, GA 30236

Tech Controls Inc.
1720 Cumberland Point Dr Suite 10
Marietta, GA 30067

TNT Parts, Inc
P.O. BOX 631433
Cincinnati, OH 45263-1433

Transact Payment Systems, Inc
7100 30th Avenue N.
St. Petersburg, FL 33710

U.S. Small Business Admin.
SBA Disaster Loan Service Center
2 North 20th Street Ste 320
Birmingham, AL 35203

Uline
ATTN: Accounts Receivable PO BOX 88741
Chicago, IL 60680-1741

Unique Funding Solutions
4600 Sheridan Street
Ste. 301A
Hollywood, FL

United Captial West
c/o TAWIL TAX AND ACCOUNTING SOLUTIONS
7 SHERWOOD DRIVE
Lakewood, NJ 08701

United Rentals
P.O BOX 100711
Atlanta, GA 30384 USA

Verizon Wireless
Attn: Bankruptcy
5175 Emerald Pkwy
Dublin, OH 43017-0000

W W Williams
PO BOX 772022
Detroit, MI 48277-2022

ZB Group
3201 Centre Pkwy, Suite 100
East Point, GA 30344

Zoro Tools, Inc.
PO Box 5233
Janesville, WI 53547-5233

United States Bankruptcy Court

Northern District of Georgia

In re: Amerigo Metal Recycling, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/01/2025

/s/ Jeffrey H Cammllarie
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor