AMENDED

**Fill in this information to identify the case:**

Debtor _____ Amerigo Metal Recycling, LLC _____

United States Bankruptcy Court for the: _____ Northern District of Georgia _____

Case number _____ 25-57425 _____
(if known)

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Total claim $_____    Priority amount $_____

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Total claim $_____    Priority amount $_____

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Total claim $_____    Priority amount $_____

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

AMENDED

Debtor  Amerigo Metal Recycling, LLC
        Name

Case number *(if known)* 25-57425

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
365 Solutions
2480 Windy Hill Rd SE Suite #300
Marietta, GA 30067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 38,244.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
A Crane Rental, LLC
Lockbox 8000 Dept 804
Buffalo, NY 14267-0002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 30,259.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
AA Abner Supply Inc
2600 Pleasantdale Road Suite #9
Doraville, GA 30340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 714.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
AAA Cooper Atlanta
4975 Old Grant Road
Ellenwood, GA 30294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 450.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AAA Cooper Transportation
4975 Old Grant Road
Ellenwood, GA 30294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,520.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
AES Inc.
101 Technology Lane
Mount Airy, NC 27030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 3,859.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**AMENDED**

| Debtor | Amengo Metal Recycling, LLC | Case number *(if known)* 25-57425 |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Aggregates Equipment
9 Horseshoe Road P.O. Box 39
Eola, PA 17540-0039

As of the petition filing date, the claim is: $11,205.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.8** **Nonpriority creditor's name and mailing address**

Air Products and Chemicals, Inc.
Mail Code 5701
PO Box 71200
Charlotte, NC 28272

As of the petition filing date, the claim is: $3,666.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.9** **Nonpriority creditor's name and mailing address**

All South Trading, LLC
Attn: G. Ashely Haydock
730 Princeton Mill Run
Marietta, GA 30068

As of the petition filing date, the claim is: $417,292.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.10** **Nonpriority creditor's name and mailing address**

ALP Industries LLC
PO Box 781712
Philadelphia, PA 19178

As of the petition filing date, the claim is: $620.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.11** **Nonpriority creditor's name and mailing address**

American Hose
PO BOX 191
Jonesboro, GA 30237

As of the petition filing date, the claim is: $2,044.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor  Amerigo Metal Recycling, LLC
        Name

Case number *(if known)* 25-57425

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12   **Nonpriority creditor's name and mailing address**

Anderson's & Co.
3365 Piedmont Rd NE Suite 1400
Atlanta, GA 30305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 915.04

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 13   **Nonpriority creditor's name and mailing address**

Anvil Attachments
P. O. BOX 216
SLAUGHTER, LA 70777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 8,106.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 14   **Nonpriority creditor's name and mailing address**

Atl General Machine Works
1430 Central Ave
East Point, GA 30344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 3,441.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 15   **Nonpriority creditor's name and mailing address**

Atlanta Scales Inc.
2100 Meredith Park Drive Suite 2100
McDonough, GA 30253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 1,325.62

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 16   **Nonpriority creditor's name and mailing address**

Atlas Belting, LLC
2015 Stonebridge Circle
West Bend, WI 53095-5723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 15,373.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Amerigo Metal Recycling, LLC
Name

Case number *(if known)* 25-57425

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

BAH Express
4424 Thurman Road
Conley, GA 30288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 412.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.18** Nonpriority creditor's name and mailing address

BCFO For Hire
540 Wembley Circle, Suite A
Atlanta, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 185,652.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.19** Nonpriority creditor's name and mailing address

Bearings & Power Group LLC
5060 North Royal Atlanta Dr Suite 16
Tucker, GA 30084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 1,375.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.20** Nonpriority creditor's name and mailing address

Belt Power LLC
PO Box 306103
Nashville, TN 37230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 12,869.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.21** Nonpriority creditor's name and mailing address

BHW
113 Johnson Street
Jonesboro, GA 30237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 13,197.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

AMENDED

| Debtor | Amerigo Metal Recycling, LLC | Case number *(if known)* | 25-57425 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 22** Nonpriority creditor's name and mailing address

BizFund, LLC
315 Avenue U
Brooklyn, NY 11223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Future Receivables

Date or dates debt was incurred    04/01/2025

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 122,500.00

---

**3. 23** Nonpriority creditor's name and mailing address

BMAC Scrap
3219 S. Dixie Hwy
Dalton, GA 30720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,021.00

---

**3. 24** Nonpriority creditor's name and mailing address

Buddy Lee Cooper
1320 King Mill
Mcdonough, GA 30252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,800,000.00

---

**3. 25** Nonpriority creditor's name and mailing address

C&Y Global Group Atlanta
6075 Lee's Mill Rd
Forest Park, GA 30297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,401.60

---

**3. 26** Nonpriority creditor's name and mailing address

Camtren Holdings

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,064.10

---

AMENDED

| Debtor | Amerigo Metal Recycling, LLC | Case number *(if known)* 25-57425 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Carr, Riggs & Ingram, LLC
4004 Summit Boulevard NE Suite 800
Atlanta, GA 30319

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 11,500.00

---

**3.28** Nonpriority creditor's name and mailing address

City Electric Supply Company
4820 Clark Howell Highway
College Park, GA 30349

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** US06000276001

$ 1,860.47

---

**3.29** Nonpriority creditor's name and mailing address

City of Lake City
5455 Jonesboro Road
Lake City, GA 30260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 20,580.48

---

**3.30** Nonpriority creditor's name and mailing address

Clayton County Fire & Emergency Services
c/o Fire Recovery USA, LLC PO Box 935667
Atlanta, GA 31193-5667

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 100.00

---

**3.31** Nonpriority creditor's name and mailing address

Clayton Cty Tax Comm
121 S McDonough St
Jonesboro, GA 30236

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,024.51

---

AMENDED

| Debtor | Amerigo Metal Recycling, LLC | Case number *(if known)* 25-57425 |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Clayton Signs
5198 N. Lake Drive
Morrow, GA 30260

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 8,263.80

---

**3.33** Nonpriority creditor's name and mailing address

Coast to Coast Computer Products
4277 Valley Fiar Street
Simi Valley, CA 93063

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 229.99

---

**3.34** Nonpriority creditor's name and mailing address

Colliflower Inc - College Park
PO Box 826398
Philadelphia, PA 19182-6398

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Supplier or Vendor

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,133.94

---

**3.35** Nonpriority creditor's name and mailing address

Comcast
PO BOX 37601
Philadephia, PA 19101-0601

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Supplier or Vendor

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,221.10

---

**3.36** Nonpriority creditor's name and mailing address

Concentra
PO BOX 82730
Hapeville, GA 30354-0730

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Supplier or Vendor

Date or dates debt was incurred _____

Last 4 digits of account number  N20-0640365403

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 3,546.67

AMENDED

| Debtor | Amerigo Metal Recycling, LLC | Case number (if known) 25-57425 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37  **Nonpriority creditor's name and mailing address**

Corporate Tax Advisors
7501 Memorial Pkwy SW, Ste 204
Huntsville, AK 35802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28,420.50

---

**3.** 38  **Nonpriority creditor's name and mailing address**

Courier Now, Inc
3801 Tramore Point Parkway Ste 120
Austell, GA 30106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    AME1340

$ 138.00

---

**3.** 39  **Nonpriority creditor's name and mailing address**

Dilmar Oil Company
Johnny Delrio 273 Industrial Park Dr
Lawrenceville, GA 30046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 877.89

---

**3.** 40  **Nonpriority creditor's name and mailing address**

Diversified Fire & Safety
155 Westridge Parkway, Suite 309
McDonough, GA 30253

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,235.05

---

**3.** 41  **Nonpriority creditor's name and mailing address**

Dozier Crane & Rigging
P.O. Box 1326
Pooler, GA 31322

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,827.25

---

| Debtor | Amerigo Metal Recycling, LLC | Case number *(if known)* 25-57425 |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.42  Nonpriority creditor's name and mailing address**

DXP Pumping Systems, Inc
PO Box 840511
Dallas, TX 75284-0511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number     553448

$ 12,205.00

---

**3.43  Nonpriority creditor's name and mailing address**

E.F. Orton, Inc.
812 Garmon Park Court
Loganville, GA 30052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 14,329.87

---

**3.44  Nonpriority creditor's name and mailing address**

Eastern Metal Supply
3600 23rd Ave
Lake Worth, FL 33461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 990.00

---

**3.45  Nonpriority creditor's name and mailing address**

EquipmentShare
PO Box 650429
Dallas, TX 75265-0429

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 59,677.49

---

**3.46  Nonpriority creditor's name and mailing address**

EZ Pull n Pay
1172 Reid Road NW
Atlanta, GA 30318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 342,642.29

---

AMENDED

| Debtor | Amengo Metal Recycling, LLC | Case number *(if Known)* | 25-57425 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **47** Nonpriority creditor's name and mailing address

Fastenal
PO BOX 1286
Winona, MN 55987

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

$ 92.61

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    GAAT51636

---

**3.** **48** Nonpriority creditor's name and mailing address

Fire Rover, LLC
6960 Orchard Lake Road Suite 303
West Bloomfield, MI 48322

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

$ 63,678.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **49** Nonpriority creditor's name and mailing address

Graham Trailer Repair
5128 Hwy 42
Ellenwood, GA 30294

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,346.80

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **50** Nonpriority creditor's name and mailing address

Green Circle Demolition
3760 Browns Mill Road
Atlanta, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 18,470.20

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **51** Nonpriority creditor's name and mailing address

Hamrtec Industries Hongkong Co Limited
Unit 225-22, 2/F Mega Cube, 8 Wang Kwong
Kowloon
Hong Kong
Hong Kong

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

$ 145,384.70

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Amerigo Metal Recycling, LLC | Case number *(if known)* 25-57425 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52**  Nonpriority creditor's name and mailing address

HBP Contractors and Consultants
5345 North Lake Drive
Morrow, GA 30260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,104.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53**  Nonpriority creditor's name and mailing address

Heaton Erecting, Inc
PO BOX 1005
Forest Park, GA 30298

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier or Vendor

$ 3,561.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54**  Nonpriority creditor's name and mailing address

Helio Bernal El Jarocho
16 Forest Parkway
Building D Unit 25
Forest Park, GA 30297

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 9.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55**  Nonpriority creditor's name and mailing address

Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway Suite 1800
Atlanta, GA 30339

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier or Vendor

$ 192,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56**  Nonpriority creditor's name and mailing address

Hydradyne, LLC
P.O Box 974799
Dallas, TX 75397-4799

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier or Vendor

$ 4,207.73

Date or dates debt was incurred _____

Last 4 digits of account number    197634

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Amengo Metal Recycling, LLC | Case number (if known) 25-57425 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Hydraulic Supply Company
PO Box 746619
Atlanta, GA 30374-6619

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   26140

$ 25,138.33

---

**3.58** Nonpriority creditor's name and mailing address

ICW Group
PO BOX 31001-3421
Pasadena, SC 91110-3421

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   0784

$ 4,428.01

---

**3.59** Nonpriority creditor's name and mailing address

IEC
PO BOX 40066
Nashville, TN 37204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,137.00

---

**3.60** Nonpriority creditor's name and mailing address

Industrial Service Solutions
610 North Milby Street
Houston, TX 77003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 192,789.10

---

**3.61** Nonpriority creditor's name and mailing address

Innovative Electrical Solutions LLC
5511Parkcrest Drive
Ste. 103
Austin, TX 78731

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

---

AMENDED

| Debtor | Amengo Metal Recycling, LLC | Case number *(if known)* 25-57425 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62**    **Nonpriority creditor's name and mailing address**

IntegriCom, Inc.
1148 Satellite Blvd NW, Suite 201
Suwanee, GA 30024-4669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 5,230.52

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.63**    **Nonpriority creditor's name and mailing address**

IOU Central
600 Town Park
Ste. 100
Kennesaw, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

$ 100,009.24

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.64**    **Nonpriority creditor's name and mailing address**

J&C Metals
20 Oil Mill Road
Martin, GA 30557

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,394.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.65**    **Nonpriority creditor's name and mailing address**

Jeffrey H. Cammllarie
509 St. Charles Ave NE
Atlanta, GA 30308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,178,276.63

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.66**    **Nonpriority creditor's name and mailing address**

Joe Carrico
245 Canton Dr
Alpharetta, GA 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 2,998.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

AMENDED

Debtor    Amerigo Metal Recycling, LLC
Name

Case number (if known)    25-57425

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 67**    **Nonpriority creditor's name and mailing address**

John Bundrage
PO Box 25
Forest Park, GA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,275.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 68**    **Nonpriority creditor's name and mailing address**

LKQ
155 Roberts Road
Fayetteville, GA 30214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 122,212.83

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 69**    **Nonpriority creditor's name and mailing address**

McMaster-Carr
PO Box 7690
Chicago, IL 60680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 683.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 70**    **Nonpriority creditor's name and mailing address**

McNabb Truck and Trailer Repair
1880 Joy Lake Rd
Morrow, GA 30260

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 763.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 71**    **Nonpriority creditor's name and mailing address**

Metro Group Inc.
3150 West 900 South
Salt Lake City, UT 84104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 130,589.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

AMENDED

Debtor    Amerigo Metal Recycling, LLC
         Name

Case number *(if known)*    25-57425

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72  Nonpriority creditor's name and mailing address**

Momar
PO Box 19569
Atlanta, GA 30325-0569

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22,724.10

---

**3.73  Nonpriority creditor's name and mailing address**

Murphy Mechanical Services,
P.O. Box 1336
Winder, GA 30680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 800.00

---

**3.74  Nonpriority creditor's name and mailing address**

National Equpiment Dealers, LLC
PO Box 736976
Dallas, TX 75373-6976

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37,464.90

---

**3.75  Nonpriority creditor's name and mailing address**

Northside Materials Brokers
3449 Hamilton Blvd
Atlanta, GA 30354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 44.80

---

**3.76  Nonpriority creditor's name and mailing address**

NuWay Battery
5480 Jonesboro Road
Morrow, GA 30260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 403.97

---

AMENDED

| Debtor | Amengo Metal Recycling, LLC | Case number *(if known)* | 25-57425 |
| | Name | | |

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.77** Nonpriority creditor's name and mailing address

O'Reilly Distribution Operations
233 S. Patterson Ave
Springfield, MO 65802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 68,346.97

---

**3.78** Nonpriority creditor's name and mailing address

O2 Plus, Inc.
4262 Old Dixie Road
Atlanta, GA 30354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,552.00

---

**3.79** Nonpriority creditor's name and mailing address

Parker Brother, Inc.
4450 W. Panola Rd
Ellenwood, GA 30294

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 671.97

---

**3.80** Nonpriority creditor's name and mailing address

Peacock Recycling
4040 Lazy Lane
Macon, GA 31217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 164,940.50

---

**3.81** Nonpriority creditor's name and mailing address

procontractor Supply
PO Box 87
Oakwood, GA 30566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,817.42

---

Debtor    Amerigo Metal Recycling, LLC
_____
Name

Case number *(if known)* 25-57425

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Pugh Laboratories
PO Box 601872
Charlotte, NC 28260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,062.40

---

**3.83** Nonpriority creditor's name and mailing address

Quality Used Auto Parts
199 Roberts Road
Fayetteville, GA 30214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,593.90

---

**3.84** Nonpriority creditor's name and mailing address

Rapid Finance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 207,397.00

---

**3.85** Nonpriority creditor's name and mailing address

RDK Enterprises
11428 Bloomfield Drive
Charlotte, NC 28277

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,859.98

---

**3.86** Nonpriority creditor's name and mailing address

Red Wing Shoes
PO Box 844328
Dallas, TX 75284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 665.47

---

AMENDED

| Debtor | Amerigo Metal Recycling, LLC | Case number *(if known)* 25-57425 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

Sabel Steel
20 E Gordon Road
Newnan, GA 30263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,528.46

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.88** **Nonpriority creditor's name and mailing address**

Salson Logistics
4382 Moreland Ave
Conley, GA 30288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,072.40

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.89** **Nonpriority creditor's name and mailing address**

Setco Solid Tire and Rim Assembly
PO Box 1291
Lowell, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,220.88

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.90** **Nonpriority creditor's name and mailing address**

SIMT USA
325 Fulton Industrial Circle SW
Atlanta, GA 30336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 228,561.33

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.91** **Nonpriority creditor's name and mailing address**

Small Business Solutions
4500 East West Highway 5th Floor
Bethesda, MD 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 190,535.48

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor ___Amerigo Metal Recycling, LLC___                    Case number *(if known)* __25-57425__
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **92** **Nonpriority creditor's name and mailing address**

Southern Auto Electric
3975 Moreland Avenue
Conley, GA 30288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 188.75

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **93** **Nonpriority creditor's name and mailing address**

Southern Rewinding
800 Nave Road
Massillon, OH 44646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,408.59

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **94** **Nonpriority creditor's name and mailing address**

Specialty Hydraulics
1695 Forest Parkway
Morrow, GA 30260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,825.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **95** **Nonpriority creditor's name and mailing address**

Staples Business Credit
PO Box 105748
Atlanta, GA 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 601.99

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **96** **Nonpriority creditor's name and mailing address**

Superior Plus Energy Services Inc.
PO BOX 981045
Boston, AL 02298-1045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

$ 2,443.87

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __43830__

---

| Debtor | Amergo Metal Recycling, LLC | Case number *(if known)* 25-57425 |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.97** Nonpriority creditor's name and mailing address

Superior Rigging & Erecting Co
3250 Woodstock Rd SE
Atlanta, GA 30316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   AME0015

$ 46,236.75

---

**3.98** Nonpriority creditor's name and mailing address

Supplies Unlimited
1457 Stockbridge Rd
Jonesboro, GA 30236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 216.12

---

**3.99** Nonpriority creditor's name and mailing address

Tech Controls Inc.
1720 Cumberland Point Dr Suite 10
Marietta, GA 30067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,274.00

---

**3.100** Nonpriority creditor's name and mailing address

Technique Concrete Construction
945 Astor Ave
Forest Park, GA 30297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 52.70

---

**3.101** Nonpriority creditor's name and mailing address

The Sherwin Williams Co.
6785 Jonesboro Road
Morrow, GA 30260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,521.90

---

AMENDED

| Debtor | Amerigo Metal Recycling, LLC | Case number *(if known)* | 25-57425 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 102** Nonpriority creditor's name and mailing address

TMS international
Mill Services Group Lockbox
25966 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 248.85

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3. 103** Nonpriority creditor's name and mailing address

TNT Parts, Inc
P.O. BOX 631433
Cincinnati, OH 45263-1433

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

$ 270.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 104** Nonpriority creditor's name and mailing address

Transact Payment Systems, Inc
7100 30th Avenue N.
St. Petersburg, FL 33710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

$ 4,974.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 105** Nonpriority creditor's name and mailing address

Uline
ATTN: Accounts Receivable PO BOX 88741
Chicago, IL 60680-1741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier or Vendor

$ 290.24

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3. 106** Nonpriority creditor's name and mailing address

Unique Funding Solutions
4600 Sheridan Street
Ste. 301A
Hollywood, FL 33021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☒ Disputed

Basis for the claim:

$ 80,708.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

AMENDED

| Debtor | Amergo Metal Recycling, LLC | Case number *(if known)* | 25-57425 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 107**  **Nonpriority creditor's name and mailing address**

United Captial West
c/o TAWIL TAX AND ACCOUNTING SOLUTIONS
7 SHERWOOD DRIVE
Lakewood, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,680.00

---

**3. 108**  **Nonpriority creditor's name and mailing address**

United Rentals
P.O BOX 100711
Atlanta, GA 30384 USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6111323

**Is the claim subject to offset?**
✓ No
☐ Yes

$ 5,399.98

---

**3. 109**  **Nonpriority creditor's name and mailing address**

Vanguard Truck Leasing
PO Box 2208
Decatur, AL 35609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

$ 8,906.75

---

**3. 110**  **Nonpriority creditor's name and mailing address**

W W Williams
PO BOX 772022
Detroit, MI 48277-2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 764919

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,969.75

---

**3. 111**  **Nonpriority creditor's name and mailing address**

Waste Management
1571 Burks Drive
Morrow, GA 30260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

$ 8,704.30

---

Debtor    Amengo Metal Recycling, LLC    Case number *(if known)*    25-57425
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 112  **Nonpriority creditor's name and mailing address**

Xpress Alloy, LLC
876 Industrial Blvd
Gainesville, GA 30501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44,245.43

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 113  **Nonpriority creditor's name and mailing address**

ZB Group
3201 Centre Pkwy, Suite 100
East Point, GA 30344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 106,298.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 114  **Nonpriority creditor's name and mailing address**

Zoro Tools, Inc.
PO Box 5233
Janesville, WI 53547-5233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier or Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 728.47

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

AMENDED

| Debtor | Amerigo Metal Recycling, LLC | Case number (if known) | 25-57425 |
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Corporation Service Company, as representative<br>1911 271<br>801 Adlai Stevenson Drive<br>Apopka, FL, 32703 | Line 3.22<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

AMENDED

| Debtor | Amerigo Metal Recycling, LLC | Case number *(if known)* | 25-57425 |
|--------|------------------------------|--------------------------|----------|
|        | Name                         |                          |          |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 11,758,574.65 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 11,758,574.65 |