| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Amerigo Metal Recycling, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 25-57425 |

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | All South Trading, LLC Attn: G. Ashely Haydock 730 Princeton Mill Run Marietta, GA, 30068 | | Suppliers or Vendors | | | | 417,292.95 |
| 2 | EZ Pull n Pay 1172 Reid Road NW Atlanta, GA, 30318 | | | | | | 342,642.29 |
| 3 | SIMT USA 325 Fulton Industrial Circle SW Atlanta, GA, 30336 | | | | | | 228,561.33 |
| 4 | Rapid Finance | | | Disputed | | | 207,397.00 |
| 5 | Industrial Service Solutions 610 North Milby Street Houston, TX, 77003 | 713-225-4300 | Supplier or Vendor | Disputed | | | 192,789.10 |
| 6 | Holt Ney Zatcoff & Wasserman, LLP 100 Galleria Parkway Suite 1800 Atlanta, GA, 30339 | 770-956-9600 | Supplier or Vendor | | | | 192,000.00 |
| 7 | Small Business Solutions 4500 East West Highway 5th Floor Bethesda, MD, 20814 | | | Disputed | | | 190,535.48 |
| 8 | BCFO For Hire 540 Wembley Circle, Suite A Atlanta, GA, 30328 | 770-847-6443 | Supplier or Vendor | | | | 185,652.39 |

AMENDED

Debtor  Amerigo Metal Recycling, LLC
_____
Name

Case number (*if known*)  25-57425
_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Peacock Recycling 4040 Lazy Lane Macon, GA, 31217 | | | | | | 164,940.50 |
| 10 | Hamrtec Industries Hongkong Co Limited Unit 225-22, 2/F Mega Cube, 8 Wang Kwong Kowloon Hong Kong Hong Kong | | Supplier or Vendor | | | | 145,384.70 |
| 11 | Metro Group Inc. 3150 West 900 South Salt Lake City, UT, 84104 | | Suppliers or Vendors | | | | 130,589.45 |
| 12 | BizFund, LLC 315 Avenue U Brooklyn, NY, 11223 | | Future Receivables | Disputed | | | 122,500.00 |
| 13 | LKQ 155 Roberts Road Fayetteville, GA, 30214 | | | | | | 122,212.83 |
| 14 | ZB Group 3201 Centre Pkwy, Suite 100 East Point, GA, 30344 | 404-583-0409 | Supplier or Vendor | | | | 106,298.53 |
| 15 | IOU Central 600 Town Park Ste. 100 Kennesaw, GA, 30144 | | | Disputed | | | 100,009.24 |
| 16 | Unique Funding Solutions 4600 Sheridan Street Ste. 301A Hollywood, FL, 33021 | | | Disputed | | | 80,708.26 |
| 17 | O'Reilly Distribution Operations 233 S. Patterson Ave Springfield, MO, 65802 | | | | | | 68,346.97 |
| 18 | Fire Rover, LLC 6960 Orchard Lake Road Suite 303 West Bloomfield, MI, 48322 | | Supplier or Vendor | | | | 63,678.00 |
| 19 | EquipmentShare PO Box 650429 Dallas, TX, 75265-0429 | 678-971-2022 | Supplier or Vendor | | | | 59,677.49 |
| 20 | Superior Rigging & Erecting Co 3250 Woodstock Rd SE Atlanta, GA, 30316 | 404-627-1335 | Supplier or Vendor | | | | 46,236.75 |